WILHELM, Respondent, v. WILHELM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Carlo Wilhelm against Emil Wilhelm and another.

PER CURIAM. Affirmed, with $10 costs and disbursements.

LAUGHLIN, J. (dissenting). Here the wife is not involuntarily compelled to litigate. She herself brings the action, and for relief purely statutory and unknown to the common law. Neither the statute nor the common law authorizes the allowance of alimony in an action by the wife to annul a subsequent marriage of her husband.

WILKINS, Respondent, v. BEADLESTON & WOERZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Frances M. Wilkins against Beadleston & Woerz. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 683.

W. L. JOHNSON CO., Appellant, v. MERKWA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by the W. L. Johnson Company against Julia Merkwa, impleaded, etc. No opinion. Order affirmed, with costs.

YOUNG et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by William B. Young, as executor, etc., against Eliza Noe Campbell and others. No opinion. Judgment of the special term affirmed, without costs.

FREEMAN, Respondent, v. AHEARN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March Term, 1901.) Action by Catharine Loretta Freeman against Elizabeth G. Ahearn and others. No opinion. Parties directed to appear in the justices' room before Mr. Justice SEWELL on Monday morning, March 18th, at 10 o'clock, to settle case on appeal.